IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGEI KOVALEV, | : | |
| Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | |
| HOME DEPOT U.S.A., INC. et al., | : | No. 22-465 |
| Defendants | : | |

## ORDER

AND NOW, this 21st day of March, 2023, upon consideration of Defendant Craig Menear's Motion to Dismiss for Failure to State a Claim (Doc. No. 35), and Plaintiff's Response (Doc. No. 42), for the reasons set forth in the accompanying omnibus memorandum of this date, it is **ORDERED** that the Motion to Dismiss (Doc. No. 35) is **DENIED** as moot.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1