IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERGEI KOVALEV, | : | |
|     Plaintiff | : | CIVIL ACTION |
| v. | : | |
| | : | |
| HOME DEPOT U.S.A., INC. et al., | : | No. 22-465 |
|     Defendants | : | |

## ORDER

**AND NOW**, this 21st day of March, 2023, upon consideration of Plaintiff's Motion to Strike Mr. Menear's Motion to Dismiss for Failure to State a Claim (Doc. No. 37), and Defendants' Response (Doc. No. 41), for the reasons set forth in the accompanying omnibus memorandum of this date, it is **ORDERED** that the Motion to Strike (Doc. No. 37) is **DENIED** as moot.

BY THE COURT:

*/s/ Gene E.K. Pratter*
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE

1