IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERGEI KOVALEV,                        :
               Plaintiff          :          CIVIL ACTION
    v.                                 :
                              :
HOME DEPOT U.S.A., INC. et al.,        :          No. 22-465
          Defendants            :

## ORDER

AND NOW, this ___ day of March, 2023, upon consideration of Plaintiff's Motion for

Reconsideration (Doc. No. 38), and Defendants' Response (Doc. No. 40), for the reasons set forth

in the accompanying omnibus memorandum of this date, it is **ORDERED** that the Motion for

Reconsideration (Doc. No. 38) is **DENIED** as moot.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1